**Order filed March 11, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00570-CV
_____

**BILLY KALLUS, Appellant**

**V.**

**AUCTION.COM, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37654**

---

## ORDER

On November 26, 2013, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails to comply with the rules. *See* Tex. R. App. P. 38.1(a) and (i). In particular, appellant has failed to provide adequate citations to the record. Tex. R. App. P. 38.1(i).

Accordingly, we order appellant's brief filed November 26, 2013 stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure within ten (10) days of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief.  See Tex. R. App. P. 38.9(a).  Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution.  If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution.  See Tex. R. App. P. 38.8(a)(1).

Submission of the case on the briefs March 20, 2014, is postponed pending appellant's filing of a brief that complies with Rule 38.  *See* Tex. R. App. P. 38.9(b).


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.